**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATANYA WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SUSHIL CAPITAL, LLC; and DOES 1 to 10,<br><br>　　　　　Defendants. | **Case No.: 8:22-cv-01788-CJC-ADSx**<br><br>**Judgment Re: Default Judgment**<br><br>Date: January 9, 2023<br>Time: 1:30 p.m.<br>Courtroom: 9B<br><br>Honorable Judge Cormac J. Carney |

　　　Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff LATANYA WILLIAMS shall have JUDGMENT in her favor in the amount of $1,872.00 as a fees-and-costs award against Defendant SUSHIL CAPITAL, LLC.

//
//
//
//
//

1

Additionally, Defendant SUSHIL CAPITAL, LLC is ordered to provide an accessible parking space at the property located at or about 701 S. Indian Hill Blvd., Claremont, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: December 20, 2022

United States District Judge

**CC: FISCAL**